UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA-REA HANSEN-STEEL, AKA CONNOR BRYAN SWAN,<br><br>           Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>           Defendant. | No.  2:13-CV-3104-SAV<br><br>JUDGMENT IN A CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED: October 6, 2014

                                        SEAN F. McAVOY
                                        Clerk of Court

                                        By:  *s/Penny Lamb*
                                              Deputy Clerk